# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS MORRISON, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>     vs.<br><br>**HARTFORD UNDERWRITERS INSURANCE COMPANY, and DOES 1-10, inclusive**,<br><br>Defendant. | Case No. 1:20−CV−01274-DAD JLT<br><br>**[PROPOSED] ORDER CLOSING THE ACTION**<br>**(Doc. 9)** |

The parties have stipulated to the action being dismissed with prejudice as it relates to Mr. Morrison in his individual capacity and without prejudice to the class.  (Doc. 9) They agree also that each side will bear their own costs and attorneys' fees.  The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated:   **November 19, 2020**              **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE

Order to Dismiss - 1